```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
```

UNITED STATES DISTRICT COURT     ***E-FILED - 7/24/08***

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAWAD KADHIM AL GIZAWI, ) | No. C 08-1915 RMW |
| Petitioner, ) | |
| v. ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; ) ROSEMARY MELVILLE, Director, San ) Francisco District, Citizenship and Immigration ) Services; EMILIO T. GONZÁLEZ, Director, ) Citizenship and Immigration Services; ) ROBERT S. MUELLER III, Director ) Federal Bureau of Investigation; ) MICHAEL B. MUKASEY, Attorney General ) the United States, ) ) Respondents. ) ) | |

Petitioner, by and through his attorneys of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C 08-1915 RMW                                       1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 15, 2008                              Respectfully submitted,

3 |                                                   JOSEPH P. RUSSONIELLO
                                                      United States Attorney

4 |

5 |                                                   _____/s/_____
                                                      ILA C. DEISS[1]
6 |                                                   Assistant United States Attorney
                                                      Attorneys for Respondents

7 |

8 |

9 | Date: July 14, 2008                               _____/s/_____
                                                      MARY BETH KAUFMAN
10 |                                                  Attorney for Petitioner

11 |

12 |                                **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 | Date: 7/24/08                                    *Ronald M. Whyte*
                                                      _____
16 |                                                  RONALD M. WHYTE
                                                      United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 08-1915 RMW                                         2